

# SEALED

**FILED**

OCT 1 6 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )   **FILED UNDER SEAL** |
| AFEEZ OLAJIDE ADEBARA, | ) |
| a/k/a "Ade Ade," | )   **Case No. 19-CR-208-GKF** |
| a/k/a "Sam Ade," | ) |
| a/k/a "Ben Obi," | ) |
| a/k/a "Sam Ola," | ) |
| a/k/a "Alan Altman," | ) |
| a/k/a "Dede Kwame," | ) |
| OLUWASEUN JOHN OGUNDELE, | ) |
| a/k/a "Victor Moses," | ) |
| a/k/a "Mark Sobon," | ) |
| a/k/a "Theodore Segun Davies," | ) |
| a/k/a "Isaac Samuel," | ) |
| a/k/a "John Olu," | ) |
| JOSHUA NNANDOM DITEP, | ) |
| a/k/a "Edward Mark," | ) |
| a/k/a "Phillip Lucas," | ) |
| a/k/a "Sammy Tickar," | ) |
| PAUL USORO, | ) |
| a/k/a "Daniel Lawson," | ) |
| CHIBUZO GODWIN OBIEFUNA, JR., | ) |
| a/k/a "Chibby Obiefuna," | ) |
| a/k/a "Evan Carson," | ) |
| JAMIU IBUKUN ADEDEJI, | ) |
| TOBILOBA KEHINDE, | ) |
| a/k/a "Tobi Kehinde," | ) |
| a/k/a "Jeff Atto," | ) |
| a/k/a "Ari Lawson," | ) |
| FNU LNU #1, | ) |
| a/k/a "Smith Williams," | ) |
| FNU LNU #2, | ) |
| a/k/a "Musa Nelson Bello," | ) |
| FNU LNU #3, | ) |
| a/k/a "Michael Wilson Bryan," | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

The United States of America, by Reagan V. Reininger, Assistant United States Attorney for the Northern District of Oklahoma, hereby enters her appearance as counsel to prosecute the forfeiture issues of the case for the United States of America.

Respectfully submitted,

R. TRENT SHORES
UNITED STATES ATTORNEY

REAGAN V. REININGER, OBA #22326
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK    74119
Telephone: (918) 382.2700
Facsimile: (918) 560.7939
Email:   reagan.reininger@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October ___, 2019, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

/s/ *Pam Kuch*
PAM KUCH, Paralegal Specialist